IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Tommy A

Printed: 1/15/08

Case Number: 07 B 14358
Judge: Wedoff, Eugene R
Filed: 8/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 29, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,513.60 |
| Trustee Fee: |  | 86.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,600.00 | 1,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,039.20 | 1,513.60 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 26,980.55 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 60.88 | 0.00 |
| 5. | Town of Cicero | Unsecured | 104.66 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 47.87 | 0.00 |
| 7. | Nicor Gas | Unsecured | 157.74 | 0.00 |
| 8. | MacNeal Health Network | Unsecured | 25.12 | 0.00 |
| 9. | City Of Chicago | Secured |  | No Claim Filed |
| 10. | GC Services | Unsecured |  | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 12. | Collection | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | Emergency Physicians Office | Unsecured |  | No Claim Filed |
| 15. | GEMB | Unsecured |  | No Claim Filed |
| 16. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 17. | Metropolitan Advanced Radiology | Unsecured |  | No Claim Filed |
| 18. | TCF Financial Services | Unsecured |  | No Claim Filed |
| 19. | Linearger Goggan Blair & Sampson LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,416.02 | $ 1,513.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 86.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Johnson, Tommy A

Printed:  1/15/08

Case Number:  07 B 14358
Judge:  Wedoff, Eugene R
Filed:  8/9/07

_____
$ 86.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

